BGW#: 98814

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE: | Case No. 09-34487-NVA |
| Jerome Lovece Sanders | |
|     Debtor | Chapter 13 |

_____

OCWEN Loan Servicing, LLC,
        Movant

v.

Jerome Lovece Sanders
        Debtor/Respondent

and

Gerard R. Vetter,
        Trustee/Respondent
_____


### NOTICE OF POST PETITION FEES AND COSTS

OCWEN Loan Servicing, LLC ("Secured Creditor"), will be charging $50.00 for the following services:

Plan Review

OCWEN Loan Servicing, LLC asserts that these fees and costs are recoverable against the debtor or against the debtor's principal residence.

Respectfully Submitted,

  */s/ Kevin Feig_____*
Kevin Feig, MD Fed. Bar No. 15202
4520 East West Highway, Suite 200
Bethesda, MD  20814
(301) 961-6555
(301) 961-6545 (facsimile)
bankruptcy@bgw-llc.com
*Attorney for the Movant*

## **CERTIFICATION OF SERVICE**

I CERTIFY that on February 19, 2010, the following person(s) were served electronically via the CM/ECF system or were mailed a copy of the foregoing Notice of Post Petition Fees and Costs, by first class mail, postage prepaid to:

Robert Grossbart, Esq.
One. N. Charles Street
Suite 1214 Blaustein Bldg.
Baltimore, MD

Gerard R. Vetter
100 S. Charles Street, Suite 501, Tower II
Baltimore, MD 21201

Jerome Lovece Sanders
14615 Creek Club Drive
Alpharetta, GA  30004

Jerome Lovece Sanders
11 N. Eutaw Street
723
Baltimore, MD  21201

                                                                                 */s/ Kevin Feig*
                                                                                  Kevin Feig

MDNoticePPFees&Costs